UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| HUNTINGTON BEACH UNION HIGH SCHOOL DISTRICT,<br><br>Plaintiff,<br><br>vs.<br><br>MT. HAWLEY INSURANCE COMPANY,<br><br>Defendant. | Case No. 8:18-cv-01521-AG-JDE<br><br>ORDER REGARDING STIPULATION OF DISMISSAL WITH PREJUDICE |

## **ORDER**

Given the stipulation of the parties and pursuant to Federal Rule of Civil Procedure 41, the Court hereby dismisses the entire action with prejudice, with each side to bear its own fees and costs.

IT IS SO ORDERED.

Dated: October 10, 2019

UNITED STATES DISTRICT COURT

Andrew Guilford
United States District Judge